IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IBRAHIMA TRAORE**,<br>   *Petitioner,*<br><br>v.<br><br>**KRISTI NOEM, in her Official Capacity, Secretary of U.S. Department of Homeland Security; PAMELA BONDI, in her Official Capacity Attorney General of the United States; CAMMILLA WAMSLEY, in her Official Capacity, Philadelphia Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; J.L. JAMISON, in his Official Capacity as Warden of Federal Department of Corrections, Philadelphia**,<br>   *Respondents.* | **Civil No. 26-851** |

## ORDER

**AND NOW**, this 17th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Ibrahima Traore, and all corresponding briefing, it is hereby **ORDERED** as follows:

  1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

  2. Traore is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

  3. The Government shall **RELEASE** Traore from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on February 18, 2026.

4.      The Government is temporarily enjoined from re-detaining Traore for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Traore after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge